IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00412-CMA-KLM

DONNA M. DEES,

    Plaintiff,

v.

CITY OF FORT COLLINS,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Amend Her Complaint** [Docket No. 16; Filed July 31, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Court accepts Plaintiff's Second Amended Complaint [Docket No. 16-3] for filing as of the date of this Order.

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to Plaintiff's Second Amended Complaint within ten (10) days of service or waiver on Defendant pursuant to Fed. R. Civ. P. 15(a)(3).

Dated:  July 31, 2009