IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00412-CMA-KLM

DONNA M. DEES,

    Plaintiff,

v.

CITY OF FORT COLLINS,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Unopposed Motion to Modify Scheduling Order** [Docket No. 22; Filed September 2, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order is amended with the following deadlines:

| | |
|---|---|
| Initial Disclosure of Expert Testimony | October 16, 2009 |
| Disclosure of Rebuttal Expert Testimony | November 16, 2009 |
| Discovery Cut-Off | December 31, 2009 |
| Dispositive Motions | January 31, 2010 |

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for February 8, 2010 at 10:00 a.m. is **vacated** and **reset** to **March 30, 2010 at 10:30 a.m.**

Dated:  September 3, 2009