IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00412-CMA-KLM

DONNA M. DEES,

    Plaintiff,

v.

CITY OF FORT COLLINS,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant City of Fort Collins' Unopposed Motion to Modify Scheduling Order to Extend Rebuttal Expert Disclosures and Related Deadlines** [Docket No. 25; Filed November 11, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order is amended with the following deadlines:

| | |
|---|---|
| Disclosure of Rebuttal Expert Testimony | December 31, 2009 (or 20 days after date of completion of Defendants' Rule 35 examinations, whichever date is later) |
| Discovery Cut-Off | February 15, 2010 |
| Dispositive Motions | February 26, 2010 |

Dated:  November 13, 2009