IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00412-CMA-KLM

DONNA M. DEES,

    Plaintiff,

v.

CITY OF FORT COLLINS,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant City of Fort Collins' Partially Unopposed and Partially Opposed Motion for Fed. R. Civ. P. 35 Examinations and to Compel Rule 35 Psychiatric Examination** [Docket No. 26; Filed November 11, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice.**  At the Scheduling Conference on May 4, 2009, the parties were ordered to call the Court to schedule a telephonic hearing prior to filing contested discovery motions [Docket No. 10]. The parties have not complied with this order.

Dated:  November 23, 2009