IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00412-CMA-KLM

DONNA M. DEES,

    Plaintiff,

v.

CITY OF FORT COLLINS,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Modify the Dates for the Disclosure of Rebuttal Expert Opinions and Completion of Discovery** [Docket No. 56; Filed February 9, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The deadline for rebuttal expert disclosures is extended to **March 8, 2010** and the discovery cutoff is extended to **March 20, 2010**.

Dated:  February 10, 2010