# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-00412-CMA-KLM

DONNA M. DEES,

     Plaintiff,

v.

CITY OF FORT COLLINS,

     Defendant.

---

## ORDER REGARDING SEALING OF CERTAIN DOCUMENTS

---

This matter is before the Court on Plaintiff Donna M. Dees's "Unopposed Motion for Leave to File Exhibits to Plaintiff's Motion for Partial Summary Judgment Under Seal" (Doc. # 61) and "Unopposed Motion for Leave to File Plaintiff's Response [and Exhibits] to Defendant's Motion for Summary Judgment Under Seal" (Doc. # 65) ("Plaintiff's Motions to Seal").  On March 10, 2010, this Court issued an Order granting in part and denying in part the above-referenced motions (*see* Doc. # 69), indicating several deficiencies in Plaintiff's motions.  That order also stated that "if Plaintiff does not address the above-noted deficiencies within 10 days of this Order," the Clerk of Court would be directed to seal and unseal certain documents.  As of this date, Plaintiff has filed nothing to correct or address the deficiencies set forth by the Court in its March 10th Order.

Therefore, the Court ORDERS that the following documents shall remain UNDER

SEAL:

| | |
|---|---|
| Doc. # 67-10 ("Ex. 9");<br>Doc. # 67-11 ("Ex. 10");<br>Doc. # 67-12 ("Ex. 11");<br>Doc. # 67-13 ("Ex. 12");<br>Doc. # 67-16 ("Ex. 15");<br>Doc. # 67-17 ("Ex. 16");<br>Doc. # 67-18 ("Ex. 17");<br>Doc. # 67-19 ("Ex. 18");<br>Doc. # 67-20 ("Ex. 19");<br>Doc. # 67-21 ("Ex. 20");<br>Doc. # 67-22 ("Ex. 21"); | Doc. # 67-24 ("Ex. 23");<br>Doc. # 67-25 ("Ex. 24");<br>Doc. # 67-26 ("Ex. 25");<br>Doc. # 67-27 ("Ex. 26");<br>Doc. # 67-47 ("Ex. 47");<br>Doc. # 67-48 ("Ex. 48");<br>Doc. # 67-50 ("Ex. 50");<br>Doc. # 67-52 ("Ex. 52");<br>Doc. # 67-53 ("Ex. 53"); and<br><br>Doc. # 62-5 |

IT IS FURTHER ORDERED that the Clerk of the Court shall UNSEAL Doc. # 67,

as well as all other documents filed under Doc. # 67, as follows:

| | |
|---|---|
| Doc. # 67-2 ("Ex.1")<br>Doc. # 67-3 ("Ex. 2")<br>Doc. # 67-4 ("Ex. 3")<br>Doc. # 67-5 ("Ex. 4")<br>Doc. # 67-6 ("Ex. 5")<br>Doc. # 67-7 ("Ex. 6")<br>Doc. # 67-8 ("Ex. 7")<br>Doc. # 67-9 ("Ex. 8")<br>Doc. # 67-14 ("Ex. 13")<br>Doc. # 67-15 ("Ex. 14")<br>Doc. # 67-23 ("Ex. 22")<br>Doc. # 67-28 ("Ex. 27")<br>Doc. # 67-29 ("Ex. 28")<br>Doc. # 67-30 ("Ex. 29")<br>Doc. # 67-31 ("Ex. 30")<br>Doc. # 67-32 ("Ex. 32")<br>Doc. # 67-33 ("Ex. 33") | Doc. # 67-34 ("Ex. 34")<br>Doc. # 67-35 ("Ex. 35")<br>Doc. # 67-36 ("Ex. 36")<br>Doc. # 67-37 ("Ex. 37")<br>Doc. # 67-38 ("Ex. 38")<br>Doc. # 67-39 ("Ex. 39")<br>Doc. # 67-40 ("Ex. 40 (part 1)")<br>Doc. # 67-41 ("Ex. 40 (Part 2)")<br>Doc. # 67-42 ("Ex. 41")<br>Doc. # 67-43 ("Ex. 42")<br>Doc. # 67-44 ("Ex. 43")<br>Doc. # 67-45 ("Ex. 44")<br>Doc. # 67-46 ("Ex. 46")<br>Doc. # 67-49 ("Ex. 49")<br>Doc. # 67-51 ("Ex. 51"); and<br>Doc. # 67-54 ("Ex. 54"). |

IT IS FURTHER ORDERED that the Clerk of the Court shall UNSEAL <u>Doc. # 62</u>,

as well as the following documents under Doc. # 62:

Doc. # 62-2
Doc. # 62-3
Doc. # 62-4
Doc. # 62-6
Doc. # 62-7
Doc. # 62-8; and
Doc. # 62-9.

DATED:  March 24, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge