# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 09-cv-00412-CMA-KLM

DONNA M. DEES,

    Plaintiff,

v.

CITY OF FORT COLLINS,

    Defendant.

---

# ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation For Dismissal With Prejudice (Doc. # 110). The Court having considered the stipulation for dismissal, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED: June  30 , 2010

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge